No. 90–8350. SANDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–8351. BENNETT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–8352. BRADLEY *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 90–8353. BOLTZ *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–8354. BAXENDALE *v.* UNITED STATES; and
No. 90–8355. SIMMERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 929 F. 2d 697.

No. 90–8356. THOMPSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8357. BROOKS *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–8358. BLACK ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–8359. AGUIRRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8360. ARMENTEROS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8361. CLARK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–8362. DANIELS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8365. JOHNSON *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 90–8366. MONTEON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–8367. MCLAUGHLIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.